UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Demetrius Aushelle Suggs** **Docket No. 4:19-CR-26-1M**

**Petition for Action on Supervised Release**

COMES NOW Courtney L. Thomas, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Demetrius Aushelle Suggs, who, upon a finding of guilt by jury to Count 1-Possession With Intent to Distribute a Quantity of Cocaine, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C), Count 2-Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A) and 18 U.S.C. § 924(c)(1)(A)(i), and Count 3-Possession of a Firearm and Ammunition by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on November 26, 2019, to the custody of the Bureau of Prisons for a term of 102 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Demetrius Aushelle Suggs was released from custody on June 26, 2026, at which time the term of supervised release commenced. On July 23, 2026, the case was reassigned to the Honorable Richard E. Myers, II, Chief U.S. District Court Judge. On July 29, 2026, A Petition for Action was filed with the court addressing *U.S. v. McLaurin.*

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant possessed marijuana and cocaine, as evidenced by a drug test conducted on August 26, 2026, that yielded positive results for marijuana and cocaine. The defendant admitted to the use of marijuana and cocaine on or about August 22, 2026. To assist the defendant with his substance abuse issues, it is respectfully recommended that the conditions of supervision be modified to include a drug aftercare condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Courtney L. Thomas
Courtney L. Thomas
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2554
Executed On: August 27, 2026

**ORDER OF THE COURT**

Considered and ordered this 28th day of August, 2026, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Richard E. Myers II
Chief United States District Judge